**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Visual Comfort LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 26-cv-8825 |
| | ) | |
| v. | ) | |
| | ) | |
| Designer Lighting & Fans, Inc. and | ) | |
| DecorPrice Corp. | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

Plaintiff, Visual Comfort LLC, ("Visual Comfort" or "Plaintiff"), by and through its undersigned attorneys, for its Complaint against Designer Lighting & Fans, Inc. ("Designer Lighting") and DecorPrice Corp. ("DecorPrice") (Designer Lighting and DecorPrice collectively referred to as "Defendants"), herein alleges:

## NATURE OF THE ACTION

1.      This is an action for copyright infringement pursuant to 17 U.S.C. § 501 against Designer Lighting and DecorPrice for unlawful use of Visual Comfort's copyrights in conjunction with unauthorized offers to sell Visual Comfort lighting and fan products.

2.      For many years beginning in the '90s, Designer Lighting operated as an authorized reseller for Visual Comfort products, however, Designer Lighting was notified in February 2026 by Visual Comfort's sales representative that Designer Lighting was no longer authorized to sell Visual Comfort products.

3.      Despite termination and receipt of multiple requests to cease and desist from infringing Visual Comfort copyrights, Designer Lighting continued to offer Visual Comfort products for sale on its DecorPrice website utilizing Visual Comfort original photography.

1

4.      Designer Lighting then began to intentionally create unauthorized derivative works of Visual Comfort's photography by creating doctored, photoshopped, and/or AI edited versions of Visual Comfort's original imagery for use on the DecorPrice website advertising Visual Comfort products offered for sale.  An example of such infringing derivative works is shown below:

| Original copyrighted image | Unauthorized derivative work |
| --- | --- |
| <br>https://www.visualcomfort.com/us/p/maverick-60-led-ceiling-fan-3mavr60d?selected_product=3MAVR60AGPD | https://www.decorprice.com/monte-carlo-3mavr60agpd-maverick-60-inch-3-blade-led-ceiling-fan-in-aged-pewter-n.html?srsltid=AfmBOooKWTJAKkxo33jSaVWimo66giZMy0GRs7kz08Y0WVuvm6EssMOMh90 |

5.      These unauthorized derivative works are obvious exact or near exact replications of Visual Comfort's original copyrighted material given the display of identical products from identical perspectives, having identical illumination or light reflection present on the products in the images, and identical coloration or patterns present on the products in the images.

6.      Digital Millenium Copyright Act (DMCA) takedowns were submitted to the website host for the DecorPrice website, AWS.  Designer Lighting and DecorPrice disputed the DMCA takedowns claiming that Designer Lighting and/or DecorPrice created the images in question.

7. Visual Comfort now brings this copyright infringement action to stop the unauthorized use of its copyrighted imagery.

**JURISDICTION AND VENUE**

8. This Court has jurisdiction of Visual Comfort's federal claims pursuant to 28 U.S.C. § 1331 and 1338(a).

9. Designer Lighting originally became an authorized reseller of Visual Comfort lighting products in 1993. Since that time, Designer Lighting has continuously and systematically conducted business with Visual Comfort in Illinois in order to continue operating as an authorized reseller of Visual Comfort lighting and fan products.

10. Upon information and belief, around 2014, Designer Lighting began operating a related entity under the name DecorPrice Corp. which has offered to sell, sold, and continues to sell Visual Comfort lighting and fan products on its website located at www.decorprice.com.

11. Upon information and belief, both Designer Lighting and DecorPrice have the same owner, operator, and interchangeably conduct business as one another and, therefore, DecorPrice has effectively also continuously and systematically conducted business with Visual Comfort in Illinois in order to operate as a reseller of Visual Comfort lighting and fan products since at least 2014.

12. Further, each Defendant targets residents in this judicial district by offering to sell and, upon information and belief, shipping products to residents within the Northern District of Illinois, by displaying infringing imagery in its product listings and using Plaintiff's registered copyrights in its product listings. Thus, each Defendant is committing copyright infringement in this district.

13. Venue in the Northern District of Illinois is proper pursuant to 28 U.S.C. § 1391 because a substantial part of the events that give rise to the claim occur within this District, each Defendant has committed acts of infringement in and has significant contacts within this District, and each Defendant is displaying infringing imagery in its product listings targeted at this District.

## **PARTIES**

*Visual Comfort LLC*

6. Visual Comfort LLC is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business at 7400 Linder Avenue, Skokie, Illinois.

7. For decades, Visual Comfort has been a leading designer and manufacturer of decorative lighting, offering a wide range of designer lighting, architectural lighting, and ceiling fans. Visual Comfort offers its products both online on its own website located at www.visualcomfort.com and in over 50 brick and mortar showrooms across the United States. Visual Comfort also offers its products through authorized third-party retailers, which also offer Visual Comfort products online.

8. Visual Comfort products are distributed and sold to consumers throughout the United States, including in Illinois, through Visual Comfort's official website, www.visualcomfort.com ("the Visual Comfort Website").

9. Visual Comfort also owns and operates its Facebook account, @visualcomfort (https://www.facebook.com/VisualComfort/) which has over 52,000 followers, and Instagram account @visualcomfort (https://www.instagram.com/visualcomfort/) which has over 1 million followers (the "Social Media Accounts"). The hashtag #visualcomfort has over 90,000 tags on Instagram, tagged on posts of imagery featuring Visual Comfort merchandise.

4

10.     Both the Visual Comfort website and Social Media Accounts feature proprietary content, including Plaintiff's copyrighted imagery, created and owned by Visual Comfort for the purpose of marketing and selling its merchandise to consumers.

11.     The following chart lists the registered copyrights asserted by Visual Comfort in this action (the "Visual Comfort Copyrights"), the visual materials subject thereto are referred to as the "Copyrighted Material":

| Title | Status | Type | Registration Number | Reg. Date |
|---|---|---|---|---|
| MONTE CARLO CEILING FAN COMPANY | Registered | Visual Material | VA2-193-997 | 7/31/2019 |
| GENERATION LIGHTING SEA GULL COLLECTION | Registered | Visual Material | VA2-193-964 | 7/31/2019 |
| GENERATION LIGHTING DESIGNER COLLECTIONS | Registered | Visual Material | VA2-193-969 | 7/31/2019 |

Attached hereto as **Exhibit 1** are true and correct copies of the copyright registrations along with exemplary deposit copies of the respective Copyrighted Material.

12.     The Visual Comfort Copyrights are original works of authorship owned by Visual Comfort.

13.     The registrations for the Visual Comfort Copyrights are valid, subsisting, and in full force and effect.

*Designer Lighting & Fans, Inc. and DecorPrice Corp.*

23.     On information and belief, Defendant Designer Lighting owns the website located at https://www.decorprice.com/ (the "Website").

24.     On information and belief, Defendants Designer Lighting and DecorPrice offer and sell the goods listed on the Website.

25.     On information and belief, Designer Lighting and DecorPrice are one and the same, sharing common ownership, leadership, location, interchangeably using resources.  For example, an internet search for Designer Lighting and Fan results in a Google business page result linking to decorprice.com:



## DESIGNER LIGHTING'S UNLAWFUL CONDUCT

26.     On information and belief, Defendants either received copies of the Visual Comfort Copyrighted Material due to Designer Lighting previously being an authorized reseller of Visual Comfort products and/or accessed the Visual Comfort Copyrighted Material via Visual Comfort's website or social media accounts.

27.     On information and belief, DecorPrice at the direction of Designer Lighting, has displayed, distributed, reproduced, and created derivative works of the Visual Comfort Copyrighted Material without authorization.

28.     Specifically, with access to and knowingly without the permission or authorization of Visual Comfort, Defendants have created, reproduced, distributed, and displayed an unauthorized derivative work of the original copyrighted image shown below, covered by U.S. Copyright Registration VA2-193-997, with the sale and distribution of "Visual Comfort Fan

6

3MAVR60AGPD Maverick 60 Inch Aged Pewter LED Ceiling Fan With 3 Light Grey Weathered Oak Wood Blades." A comparison of the original copyrighted work and the infringing derivative is shown below and attached hereto as **Exhibit 2**:

| Original copyrighted image | Unauthorized derivative work |
|---|---|
|  | |

29.     Specifically, with access to and knowingly without the permission or authorization of Visual Comfort, Defendants have created, reproduced, distributed, and displayed unauthorized copy and derivative works of the original copyrighted image shown below, covered by U.S. Copyright Registration VA2-193-969, with the sale and distribution of "Visual Comfort Studio F3321/3SMS Thayer 3 Light 12 Inch Chandelier in Smith Steel." A comparison of the original copyrighted work and the infringing derivative is shown below and attached hereto as **Exhibit 3**:

| Original copyrighted image | Unauthorized copy and derivative works |
|---|---|
|  | |

7





30.     Specifically, with access to and knowingly without the permission or authorization of Visual Comfort, Defendants have created, reproduced, distributed, and displayed an unauthorized derivative work of the original copyrighted image shown below, covered by U.S. Copyright Registration VA2-193-969, with the sale and distribution of "Visual Comfort Studio OL10608DWZ Shepherd 1 Light 24 Inch Tall Outdoor Post Lantern In Dark Weathered Zinc With Opal Etched Glass And Clear Seeded Glass." A comparison of the original copyrighted work and the infringing derivative is shown below and attached hereto as **Exhibit 4**:

9

| Original copyrighted image | Unauthorized derivative works |
|---|---|
|  | |

| | |
|---|---|
| |  |

31.    Specifically, with access to and knowingly without the permission or authorization of Visual Comfort, Defendants have created, reproduced, distributed, and displayed an unauthorized derivative work of the original copyrighted image shown below, covered by U.S. Copyright Registration VA2-193-969, with the sale and distribution of "Visual Comfort Studio OL11203DWZ Ledgend 1 Light 34 Inch Tall LED Outdoor Wall Light In Dark Weathered Zinc With White Glass Diffuser Shade." A comparison of the original copyrighted work and the infringing derivative is shown below and attached hereto as **Exhibit 5**:

| Original copyrighted image | Unauthorized derivative works |
|---|---|
|  | |



32.     Specifically, with access to and knowingly without the permission or authorization of Visual Comfort, Defendants have created, reproduced, distributed, and displayed an unauthorized copy and derivative works of the original copyrighted image shown below, covered by U.S. Copyright Registration VA2-193-964, with the sale and distribution of "Generation Lighting OL5902CB Martinsville 3 Light 17 inch Tall Outdoor Wall Lantern in Corinthian Bronze with Clear Seeded Glass Shades." A comparison of the original copyrighted work and the infringing derivative is shown below and attached hereto as **Exhibit 6**:

| Original copyrighted image | Unauthorized copy and derivative works |
|---|---|
|  | |

13



33.     Specifically, with access to and knowingly without the permission or authorization of Visual Comfort, Defendants have created, reproduced, distributed, and displayed unauthorized derivative works of the original copyrighted image shown below, covered by U.S. Copyright Registration VA2-193-969, with the sale and distribution of "Visual Comfort Studio OLF3296/12ORB Hilo 12 Light 36 Inch Outdoor Chandelier In Oil Rubbed Bronze." A comparison of the original copyrighted work and the infringing derivative is shown below and attached hereto as **Exhibit 7**:

| Original copyrighted image | Unauthorized derivative works |
|---|---|
|  | |



34.     Specifically, with access to and knowingly without the permission or authorization of Visual Comfort, Defendants have created, reproduced, distributed, and displayed unauthorized derivative works of the original copyrighted image shown below, covered by U.S. Copyright Registration VA2-193-969, with the sale and distribution of "Visual Comfort Studio TOB by Thomas O'Brien TW1012AI Capri 2 Light 15 Inch Tall Wall Sconce in Aged Iron with White Linen Fabric Shade." A comparison of the original copyrighted work and the infringing derivative is shown below and attached hereto as **Exhibit 8**:

| Original copyrighted image | Unauthorized derivative works |
|---|---|
|  | |



## COUNT I
## FEDERAL COPYRIGHT INFRINGEMENT
### 17 U.S.C. § 106 and 501

35.     Visual Comfort repeats and incorporates by reference the allegations contained in Paragraphs 1 through 34.

36.     Visual Comfort owns the copyright registrations attached hereto as Exhibit 1.  The copyright registrations are valid and enforceable.

37.     The Copyright Act provides in pertinent part that "[a]nyone who violates any of the exclusive rights of the copyright owner as provided by sections 106 through 122…is an infringer of the copyright…"  17 U.S.C. § 501.

38.     Defendants have infringed and continue to infringe the Copyrighted Material by deliberately copying, reproducing, displaying, and/or creating derivative works of the Copyrighted Material on Designer Lighting's product listings on the DecorPrice Website without Visual Comfort's authorization in violation of 17 U.S.C. §§ 106 and 501.

39.     Defendants' conduct is blatant, wanton, and willful.

40.     Such conduct as alleged herein has damaged Visual Comfort in an amount to be determined at trial.

41. Defendants' conduct has caused and will continue to cause Visual Comfort irreparable harm for which there is no adequate remedy at law unless restrained.

42. Visual Comfort is entitled to injunctive relief, actual damages, and to recover the profits that Defendants realize for such unauthorized conduct pursuant to 17 U.S.C. §§ 502 and 504.

## PRAYER FOR RELIEF

WHEREFORE, Visual Comfort prays for judgment as follows:

1. That Designer Lighting and DecorPrice, and the respective agents, employees, servants, affiliates, and all persons acting for, with, or in concert with Designer Lighting and DecorPrice be enjoined and restrained from:

   a. reproducing, distributing copies of, making derivative works of, or publicly displaying the Copyrighted Material;

2. That, upon Visual Comfort's request, all in privity with Designer Lighting or DecorPrice and with notice of the injunction, including but not limited to any online web hosts, domain registrars, domain registries, and Internet search engines, such as Google, Bing, and Yahoo shall:

   a. cease providing services used by Designer Lighting or DecorPrice, currently or in the future, to sell or offer for sale goods using imagery that infringes the Visual Comfort Copyrighted Material;

   b. cease displaying any advertisements in any form, connected or associated with Designer Lighting or DecorPrice in connection with the sale of goods using imagery that infringes the Visual Comfort Copyrighted Material; and

19

3.  That Designer Lighting account to Visual Comfort for its profits and damages sustained by Visual Comfort arising from its acts of infringement;

4.  That Visual Comfort be awarded damages as well as Designer Lighting's profits under 17 U.S.C. § 504(b);

5.  That Visual Comfort be awarded reasonable attorneys' fees under 17 U.S.C. § 505, 15 U.S.C. § 1117;

6.  In the alternative, that Visual Comfort be awarded statutory damages where applicable under 17 U.S.C. § 504(c).

7.  That Designer Lighting and DecorPrice disgorge any profits earned by their tortious activities;

8.  That Visual Comfort be awarded punitive damages;

9.  That Visual Comfort be awarded pre-judgment interest as allowed by law;

10.  That Visual Comfort be awarded the costs of this action;

11.  That Visual Comfort be awarded its reasonable attorneys' fees incurred in connection with this action; and

12.  That Visual Comfort be awarded such further legal and equitable relief as the Court deems proper.

Dated this 24th day of July, 2026

Respectfully submitted,

Visual Comfort LLC

/s/*Kelley S. Gordon*
Marshall, Gerstein & Borun LLP
Gregory J. Chinlund
Kelley S. Gordon
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois  60606-6357

Telephone:  (312) 474-6300
Fax:  (312) 474-7044
gchinlund@marshallip.com
kgordon@marshallip.com