**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Visual Comfort LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:26-cv-08825 |
| | ) | |
| v. | ) | Honorable Elaine E. Bucklo |
| | ) | |
| Designer Lighting & Fans, Inc. and DecorPrice Corp. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

# CONSENT JUDGMENT

Plaintiff, Visual Comfort LLC, ("Visual Comfort" or "Plaintiff") and Defendants Designer Lighting & Fans, Inc. ("Designer Lighting") and DecorPrice Corp. ("DecorPrice") (Designer Lighting and DecorPrice collectively referred to as "Defendants"), jointly requested that the Court enter a Consent Judgment Entry against all Defendants in the above-captioned lawsuit.

Pursuant to a settlement agreement and mutual release, the Parties have agreed, inter alia, that Defendants will forever refrain from selling or offering for sale, directly or indirectly, any of Plaintiff's Products, and that Defendants have agreed to pay Plaintiffs an outstanding balance of $455.55 thus ending this dispute. Accordingly, the Court finds that the Consent Judgment Entry should be entered as requested.

The Court makes the following findings of fact and law:

1. The Court has jurisdiction pursuant to 28 U.S.C. §§ 1338 and 1367 and 735 ILCS 5/2-209(a)(2), and venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

2. Plaintiff is the owner of certain, valid copyrights under 17 U.S.C. § 411: *Visual Comfort LLC* registration number VA 2-193-997, registration number VA 2-193-964, and registration number VA 2-193-969 (the "***Copyrights***").
3. Defendants republished Plaintiff's original, copyrighted 2-D images and created derivative works of the same in connection with Defendants' sales of Plaintiff's products.
4. There remains an outstanding balance owed to Plaintiff by Defendants associated with the sales of Plaintiff's products of $455.55.
5. Defendants infringed Plaintiff's Copyrights.

It is therefore:

ORDERED, ADJUDGED, and DECREED that Defendants Designer Lighting & Fans, Inc. and DecorPrice Corp. shall pay to Plaintiff the sum of $455.55 in monetary damages.

It is further ORDERED, ADJUDGED, and DECREED that Plaintiff shall have all writs of execution and other process necessary to enforce this Consent Judgment.

All claims are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

It is so ORDERED.

Dated: November 6, 2026

Honorable Elaine E. Bucklo
United States District Court